IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KEVIN ADKINS,<br><br>    Defendant. | 8:14CR156<br><br>**FORFEITURE MONEY JUDGMENT** |

  This matter is before the Court on the Plaintiff's Motion for a Forfeiture Money Judgment in the amount of $100,000.00 (Filing No. 143). Having reviewed the motion and the record, the Court will grant the Plaintiff's motion.

  IT IS ORDERED:

1. The Plaintiff's Motion for a Forfeiture Money Judgment is hereby sustained.

2. The Defendant, Kevin Adkins, pursuant to 21 U.S.C. §§ 853(a)(1) and (a)(2) and Fed. R. Crim. P. 32.2(b)(2), shall be, and hereby is, liable for a forfeiture money judgment in the amount of $100,000.00.

3. Upon entry of this order, it shall become a final order of forfeiture as to this defendant.

4. The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any substitute assets forfeited to the United States up to the amount of the forfeiture money judgment.

DATED this 23rd day of March, 2015.

                BY THE COURT:

                s/ Joseph F. Bataillon
                Senior United States District Judge